

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                     |   |                        |
|---------------------|---|------------------------|
|                     | § |                        |
|                     |   | No. 08-13-00326-CV     |
| GARY GONZALEZ,      | § |                        |
|                     |   | Appeal from the        |
| Appellant,          | § |                        |
|                     |   | 171st District Court   |
| v.                  | § |                        |
|                     |   | of El Paso County, Texas |
| IONE GRIMM,         | § |                        |
|                     |   | (TC# 2008-3874)        |
| Appellee.           | § |                        |
|                     |   |                        |
|                     | § |                        |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the reply brief until **January 12, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mark Berry, the Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before January 12, 2015.

IT IS SO ORDERED this 18th day of December, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)